```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 50923
    BEVERLY JACKSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2577

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/12/2005 and was confirmed 01/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  58.58% from remaining funds.

     The case was paid in full 11/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG       .00           .00           .00
JP MORGAN CHASE BANK NA  MORTGAGE ARRE    800.00           .00        800.00
NUMARK CREDIT UNION      SECURED         8860.00        834.32       8860.00
NUMARK CREDIT UNION      UNSECURED      NOT FILED         .00           .00
AFNI                     UNSECURED      NOT FILED         .00           .00
AMERICAN EXPRESS         SPECIAL CLASS  NOT FILED         .00           .00
AMERICASH                UNSECURED      NOT FILED         .00           .00
AMERICASH                UNSECURED      NOT FILED         .00           .00
AT&T                     UNSECURED      NOT FILED         .00           .00
CAPITAL ONE SERVICES     UNSECURED      NOT FILED         .00           .00
CAPITAL ONE              UNSECURED        726.34          .00        425.45
FIRST NATIONAL BANK OF M UNSECURED      NOT FILED         .00           .00
MONEY MARKET PAYDAY EXPR UNSECURED      NOT FILED         .00           .00
PRONGER SMITH MEDICAL CL UNSECURED OTH  1785.64           .00       1045.96
MONEY CONTROL INC        UNSECURED      NOT FILED         .00           .00
USA PAYDAY LOANS         UNSECURED      NOT FILED         .00           .00
AMERICASH LOANS LLC      UNSECURED        225.41          .00        132.03
JP MORGAN CHANSE BANK NA NOTICE ONLY    NOT FILED         .00           .00
DAVID M SIEGEL           DEBTOR ATTY     2,244.00                   2,244.00
TOM VAUGHN               TRUSTEE                                      958.24
DEBTOR REFUND            REFUND                                       292.95

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             15,592.95

PRIORITY                                        .00
SECURED                                     9,660.00
   INTEREST                                   834.32
UNSECURED                                   1,603.44

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 50923 BEVERLY JACKSON
```

```
ADMINISTRATIVE                                              2,244.00
TRUSTEE COMPENSATION                                          958.24
DEBTOR REFUND                                                 292.95
                                        ---------------   ---------------
TOTALS                                        15,592.95         15,592.95
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 05 B 50923 BEVERLY JACKSON